UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

JOHNESTA NORVELL WOOD

CASE NO.  14-30207

Chapter 13

Debtor

## RESPONSE TO TRUSTEE'S MOTION TO DEEM MORTGAGE ACCOUNT CURRENT

NOW COMES US Bank Trust NA, serviced by BSI Financial Services, ("Creditor"), by and through its undersigned attorney, and responds to the Trustee's Motion to Deem Mortgage Account Current filed herein as grounds therefore respectfully shows as follows:

1.      Creditor is in agreement with the Trustee's Motion, and further confirms that the Debtor is due for September 1, 2019.

WHEREFORE, Creditor prays the Court as follows:

1.      Creditor does not request a hearing on the Trustee's Motion; and,

2.      For such other relief as the Court deems appropriate and just.

DATED:  August 30, 2019

/s/ John W. Fletcher III
N.C. State Bar No. 15503
Henderson, Nystrom, Fletcher & Tydings, PLLC
831 East Morehead Street, Suite 255
Charlotte, NC 28202
(704) 334-3400
jfletcher@hnftlaw.com
jgilleland@hnftlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

JOHNESTA NORVELL WOOD

CASE NO.  14-30207

Chapter 13

Debtor

CERTIFICATE OF SERVICE

The undersigned certifies that this day the pleading or paper to which this Certificate is affixed was served upon the person(s) listed below by mailing a copy of the same, properly addressed and postage prepaid via the United States Postal Service.

Johnesta Norvell Wood
6340 Latta Springs Circle
Huntersville, NC 28078

J. Baron Groshon
1001 East Boulevard
Suite C
Charlotte, NC 28203

Warren L. Tadlock
5970 Fairview Road, Suite 650
Charlotte, NC 28210

DATED:  August 30, 2019

/s/ John W. Fletcher III
N.C. State Bar No. 15503
Henderson, Nystrom, Fletcher & Tydings, PLLC
831 East Morehead Street, Suite 255
Charlotte, NC 28202
(704) 334-3400
jfletcher@hnftlaw.com
jgilleland@hnftlaw.com